Affirmed and Memorandum Opinion filed July 5, 2007








Affirmed
and Memorandum Opinion filed July 5, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00350-CR

____________

 

ADAM TROY MICKENS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the County Criminal
Court at Law No. 9

Harris County, Texas

Trial Court Cause No.
1336083

 



 

M E M O R A N D U M   O P I N I O N

After a
jury trial, appellant was convicted of the offense of terroristic threat, and
sentenced on April 17, 2006, to 150 days in the Harris County Jail.

On April
5, 2007, this court ordered a hearing to determine why appellant's counsel had
not filed a brief in this appeal.  On June 19, 2007, the trial court conducted
the hearing.  The record of the hearing was filed in this court on June 28,
2007.








The
trial court found appellant is not indigent and has abandoned his appeal
without making the necessary arrangements for filing a brief.

On the
basis of those findings, this court has considered the appeal without briefs.  
See Tex. R. App. P. 38.8(b).

We find
no fundamental error.

Accordingly,
the judgment of the trial court is affirmed.

 

PER
CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 5, 2007.

Panel consists of Justices Yates,
Edelman, and Seymore.

Do Not Publish C Tex.
R. App. P. 47.2(b).